STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 621-2536
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Lisa Ann McPheeters

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

LISA ANN MCPHEETERS,

                  Plaintiff,    CASE NO.: 2:23-CV-01081-MAA

    -v-

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

## ~~PROPOSED~~ ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d)

Before the Court is a Motion for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of defendant commissioner, and recognizing Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

1

IT IS HEREBY ORDERED that **attorney fees** in the amount of Five Thousand Six Hundred One Dollars and Ninety-Nine Cents ($5,601.99) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) and costs in the amount of Four Hundred Two Dollars ($402.00) pursuant to 28 U.S.C. § 1920 are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees may be made payable to Plaintiff's Attorney's Of Counsel firm,

**Olinsky Law Group** EIN 26-2258247

Any payment may be made either by electronic transfer fund (EFT) or by check.

Whether the check is made payable to Plaintiff or to Olinsky Law Group, **the check shall be mailed to the following address:**

**Olinsky Law Group**
**250 S Clinton St Ste 210**
**Syracuse NY 13202**

So ordered.

Date: __June 3, 2024__      _____

Maria A. Audero
United States Magistrate Judge

[~~Proposed~~ Order proffer: Stuart T. Barasch; copy to Christopher D. Vieira]

3